

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-10-00296-CV |
| Style: | Latrice Williams |
| | **v** Dana Lee |
| Date motion filed*: | May 30, 2013 |
| Type of motion: | Second Motion to Extend Time to File the Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Appellant was originally ordered to file her brief on March 14, 2013. After appellant filed a first motion for extension, her deadline to file the brief was extended to May 28, 2013. It is the typical practice of this Court to grant no more than three 30 day extensions of time to file a brief, or no more than 90 days in total. Accordingly, appellant's motion is GRANTED in part and DENIED in part. Appellant's deadline to file the brief is extended 30 days, from May 28, 2013 to June 27, 2013. No further extensions will be granted. *See* TEX. R. APP. P. 38.6(d).

Judge's signature: /s/ Evelyn V. Keyes
        ☑ Acting individually    ☐ Acting for the Court

        Panel consists of _____.

Date: June 4, 2013